IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 1:21-cv-00363-KG-KRS ) |
| ALBUQUERQUE-AMG SPECIALTY HOSPITAL, LLC, and ACADIANA MANAGEMENT GROUP, LLC d/b/a AMG Integrated Healthcare Management Hospital System, | ) ) ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the unopposed motion for a forty-five day extension of the current discovery deadline for all parties. After due consideration and for good cause, this motion for a forty-five day extension of discovery deadlines for all parties is GRANTED. Because the new discovery deadline will affect other deadlines set in this case, the pretrial deadlines are reset as follows:

(a) Termination of discovery: **March 18, 2022**;

(b) Motions relating to discovery: **April 8, 2022**;

(c) All other motions: **April 18, 2022**;

(d) Pretrial order: Plaintiff to Defendant by: **June 3, 2022**;

Pretrial order: Defendant to Court by: **June 17, 2022**

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

Respectfully submitted jointly by the parties,

*s/ Jeff A. Lee*

Jeff A. Lee
Senior Trial Attorney
Loretta Medina
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISION
500 Gold Ave. NW, Ste. 6401
Albuquerque, NM 87102
Telephone: (505) 738-6723
jeff.lee@eeoc.gov
loretta.medina@eeoc.gov

*Attorneys for Plaintiff EEOC*

*s/ Joel P. Babineaux*
(*electronically signed with permission of defense counsel*)
Joel P. Babineaux
BABINEAUX, POCHE', ANTHONY & SLAVICH, L.L.C.
1201 Camellia Boulevard,
Third Floor
Lafayette, LA 70508
(337) 984-2505 Main Phone
(337) 984-2503 Fax
jbabineaux@bpasfirm.com
Attorneys for the Defendants,

*ALBUQUERQUE-AMG SPECIALTY HOSPITAL, LLC, And ACADIANA MANAGEMENT GROUP, LLC,*