IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY<br>    COMMISSION,<br><br>                            Plaintiff,<br><br>    v.<br><br>ALBUQUERQUE-AMG SPECIALTY<br>HOSPITAL, LLC, and<br>ACADIANA MANAGEMENT GROUP, LLC<br>d/b/a *AMG Integrated Healthcare Management Hospital System*,<br><br>                            Defendants. | CIV    1:21-cv-00363-KG-KRS |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND D.N.M.LR-CV 37.1 FOR EEOC TO FILE MOTION TO COMPEL DISCOVERY**

THIS MATTER having come before the Court pursuant to the Unopposed Motion to Extend Deadline for to file a Motion to Compel Discovery against Defendants AMG pursuant to Rule 37(a) and D.N.M.LR-Civ. 37.1. The Court having reviewed the pleadings and being otherwise fully informed FINDS that the Motion is WELL-TAKEN and shall be GRANTED.

**IT IS HEREBY ORDERED:**

Plaintiff EEOC has until January 11, 2022 to file a motion to compel, if necessary, regarding AMGs' answers and responses to EEOC's First Interrogatories and Requests for Production.

_____
United States Magistrate Judge