**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EQUAL EMPLOYMENT OPPORTUNITY )
  COMMISSION, )
                                      )
                     Plaintiff, )
                                        )
    v. )      CIV    1:21-cv-00363-KG-KRS
                                          )
ALBUQUERQUE-AMG SPECIALTY )
HOSPITAL, LLC, and )
ACADIANA MANAGEMENT GROUP, LLC )
d/b/a *AMG Integrated Healthcare Management* )
*Hospital System*, )
                                          )
                    Defendants. )

**ORDER GRANTING EEOC's SECOND UNOPPOSED MOTION TO EXTEND
D.N.M.LR-CV 37.1 TO FILE MOTION TO COMPEL DISCOVERY**

      THIS MATTER having come before the Court pursuant to the Unopposed Motion to

Extend Deadline for to file a Motion to Compel Discovery against Defendants AMG pursuant to

Rule 37(a) and D.N.M.LR-Civ. 37.1. The Court having reviewed the pleadings  and  being

otherwise fully informed FINDS that the Motion is WELL-TAKEN and is GRANTED.

      **IT IS HEREBY ORDERED:**

      Plaintiff EEOC has until January 31, 2022 to file a motion to compel, if necessary,

regarding AMGs' answers and responses to EEOC's First Interrogatories and Requests for

Production.

                                                    *Kevin Sweazea*
                                              _____
                                            United States Magistrate Judge